Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Connor H. Shea, Esq.
Nevada Bar No. 14616
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
cshea@bhfs.com

*Attorneys for Charles C. Brennan*
 *and Mary Brennan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES C. BRENNAN, an individual;
and MARY BRENNAN, an individual,

        Plaintiffs,

v.

CADWELL SANFORD DEIBERT &
GARRY LLP, a South Dakota limited-
liability partnership; CUP O'DIRT LLC, a
South Dakota limited-liability company;
DOES I through X, inclusive; and ROE
ENTITIES I through X, inclusive,

        Defendants.

Case No.:  2:20-cv-00799-JAD-VCF

**STIPULATION AND ORDER TO EXTEND
TIME TO FILE OPPOSITIONS TO
MOTIONS TO DISMISS (ECF 8 AND 9)**

**(FIRST REQUEST)**

ECF No. 12

## **STIPULATION**

Charles C. Brennan and Mary Brennan (collectively referred to herein as the "Plaintiffs"),

Cadwell Sanford Deibert & Garry LLP ("Defendant Cadwell"), and Defendant Cup O'Dirt LLC

("Defendant COD") by and though their respective counsel of record, hereby stipulate and agree to

extend the deadline for Plaintiffs to file oppositions to Defendants' motions to dismiss for lack of

personal jurisdiction (ECF 8 and 9) (collectively the "Motions"), which were each filed on May

11, 2020, as follows:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

WHEREAS, on May 11, 2020, the Defendant Cadwell filed its motion to dismiss for lack of personal jurisdiction (ECF 8);

WHEREAS, on May 11, 2020, the Defendant COD filed its motion to dismiss for lack of personal jurisdiction (ECF 9);

WHEREAS, the deadline for the Plaintiffs to file oppositions to the Motions is currently set for May 26, 2020;

WHEREAS, the undersigned parties desire to extend the deadline for the Plaintiffs to file oppositions to the Motions by a period of two weeks due to the unavailability of Mrs. Brennan until the week of June 1 to review the opposition briefs and approve a declaration;

WHEREAS, this is the first stipulation for an extension of time to file oppositions in this case.

NOW, THEREFORE, the parties hereby stipulate and agree to the following and seek Court approval of the same:

IT IS HEREBY STIPULATED AND AGREED that the Plaintiffs shall file its oppositions to the Motions on or before June 9, 2020.

Dated this 26th day of May, 2020.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: /s/ Patrick J. Reilly, Esq.
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Connor H. Shea, Esq.
Nevada Bar No. 14616
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
cshea@bhfs.com

*Attorneys for Charles C. Brennan and Mary Brennan*

Dated this 26th day of May, 2020.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: /s/ Sheri M. Thome, Esq.
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com

*Attorneys for Defendant Cadwell Sanford Deibert & Garry LLP*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Dated this 26th day of May, 2020.

**FOX ROTHSCHILD LLP**

BY: /s/ Mark J. Connot, Esq.
Mark J. Connot, Esq.
Nevada Bar No. 10010
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
*Attorneys for Defendant Cup O'Dirt LLC*

## <u>ORDER</u>

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS HEREBY ORDERED that the Plaintiffs' deadline to respond to the pending motions to dismiss is EXTENDED to June 9, 2020.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 27, 2020
Nunc pro tunc to May 26, 2020

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3