Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chris Richardson, Esq.
Nevada Bar No. 009166
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Chris.Richardson@wilsonelser.com
*Attorneys for Defendant*
*Cadwell Sanford Deibert & Garry LLP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. BRENNAN, an individual; and MARY BRENNAN, an individual, | Case No.   2:20-cv-00799-JAD-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS (ECF NOS. 8 AND 9)** |
| vs. | |
| CADWELL SANFORD DEIBERT & GARRY LLP, a South Dakota limited-liability partnership; CUP O'DIRT LLC, a South Dakota limited liability company; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Cadwell Sanford Deibert & Garry LLP ("Cadwell"), Defendant Cup O'Dirt LLC ("COD"), Plaintiffs Charles C. Brennan and Mary Brennan ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline to file replies in support of Defendants' motions to dismiss for lack of personal jurisdiction (ECF Nos. 8 and 9) by one week, from June 16, 2020 to **June 23, 2020**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as counsel for both Defendants require additional time due to deadlines in other cases and time for the clients to review and approve the replies.  Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

1612340v.1

1       This is the parties' first request for extension of these deadlines.

2    Dated this 15th day of June, 2020.                    Dated this 15th day of June, 2020.

3    WILSON, ELSER, MOSKOWITZ, EDELMAN                     BROWNSTEIN HYATT FARBER
     & DICKER LLP                                          SCHRECK LLP
4

5    By:    /s/ *Sheri Thome*                              By:    /s/ *Patrick J. Reilly*
            Sheri M. Thome, Esq.                                  Patrick J. Reilly, Esq.
6           Nevada Bar No. 008657                                 Nevada Bar No. 6103
            Chris Richardson, Esq.                                Connor H. Shea, Esq.
7           Nevada Bar No. 009166                                 Nevada Bar No. 14616
            6689 Las Vegas Blvd. South, Suite 200                 100 North City Parkway, Suite 1600
8           Las Vegas, Nevada 89119                               Las Vegas, Nevada 89106-4614
            Telephone: (702) 727-1400                             Telephone: (702) 382-2101
9           Facsimile: (702) 727-1401                             Facsimile: (702) 382-8135
            *Attorneys for Defendant*                             *Attorneys for Plaintiffs*
10          *Cadwell Sanford Deibert & Garry LLP*                 *Charles C. Brennan and Mary Brennan*

11   Dated this 15th day of June, 2020.

12   FOX ROTHSCHILD LLP

13   By:    /s/ *Mark Connot*
            Mark J. Connot, Esq.
14          Nevada Bar No. 10010
            Lucy C. Crow, Esq.
15          Nevada Bar No. 15203
            1980 Festival Plaza Drive, #700
16          Las Vegas, Nevada 89135
            Telephone: (702) 262-6899
17          Facsimile: (702) 597-5503
            *Attorneys for Defendant*
18          *Cup O'Dirt LLC*

19                                   **ORDER**

20       **GOOD CAUSE SHOWN, IT IS SO ORDERED.**

21       Dated: June 16, 2020.

22

23
                                    _____
24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28

-2-

1612340v.1