Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Connor H. Shea, Esq.
Nevada Bar No. 14616
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV  89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
cshea@bhfs.com

*Attorneys for Charles C. Brennan
 and Mary Brennan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. BRENNAN, an individual; and MARY BRENNAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CADWELL SANFORD DEIBERT & GARRY LLP, a South Dakota limited-liability partnership; CUP O'DIRT LLC, a South Dakota limited-liability company; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00799-JAD-VCF<br><br>**ORDER GRANTING AMENDED STIPULATION TO EXTEND REPLY DEADLINE AND DENYING AS MOOT ORIGINAL STIPULATION**<br><br>[ECF Nos. 23, 24] |

## **STIPULATION**

Charles C. Brennan and Mary Brennan (collectively referred to herein as the "Plaintiffs"), Defendant Cadwell Sanford Deibert & Garry LLP ("Defendant Cadwell"), and Defendant Cup O'Dirt LLC ("Defendant COD") by and though their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiffs to file a reply brief to Defendant Cadwell's Opposition (the "Opposition") (ECF 19)  to the Plaintiffs' Motion to Remand (the "Motion to Remand") (ECF 15) as  follows:

21138551

1

WHEREAS, on May 28, 2020, the Plaintiffs filed the Motion to Remand (ECF 15);

WHEREAS, on June 11, 2020, Defendant Cadwell filed its Opposition (ECF 19);

WHEREAS, on June 11, 2020, Defendant COD filed a joinder to the Opposition (ECF 20);

WHEREAS, the deadline for the Plaintiffs a reply brief to the Opposition is currently set for June 18, 2020;

WHEREAS, the undersigned parties desire to extend the deadline for the Plaintiffs to file a reply brief to the Opposition by a period of two weeks, as counsel the Plaintiffs require additional time due to deadlines in other cases and time for the clients to review and approve the reply;

WHEREAS, this is the parties' first request for extension of these deadlines and the request is not made in bad faith or to delay these proceedings unnecessarily.

NOW, THEREFORE, the parties hereby stipulate and agree to the following and seek Court approval of the same:

IT IS HEREBY STIPULATED AND AGREED that the Plaintiffs shall file its oppositions to the Motions on or before July 2, 2020.

Dated this 18th day of June, 2020.              Dated this 18th day of June, 2020.

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' amended stipulation to extend the time for the Brennans to file a reply in support of their motion to remand **[ECF No. 24] is GRANTED** and the parties' original stipulation to extend time **[ECF No. 23] is DENIED as moot**. The Brennans have until July 2, 2020, to file any reply in support of their motion to remand.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 19, 2020

2