Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Connor H. Shea, Esq.
Nevada Bar No. 14616
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
preilly@bhfs.com
cshea@bhfs.com

*Attorneys for Charles C. Brennan
  and Mary Brennan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES C. BRENNAN, an individual; and MARY BRENNAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CADWELL SANFORD DEIBERT & GARRY LLP, a South Dakota limited-liability partnership; CUP O'DIRT LLC, a South Dakota limited-liability company; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-00799-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE: (I) OPPOSITION; AND (II) REPLY TO DEFENDANT CADWELL SANFORD DEIBERT AND GARRY, LLP'S MOTION TO STAY DISCOVERY (ECF 31)** <br><br> **(FIRST REQUEST)** |

## **STIPULATION**

Charles C. Brennan and Mary Brennan (collectively referred to herein as the "Plaintiffs"), Defendant Cadwell Sanford Deibert & Garry LLP ("Defendant Cadwell"), and Defendant Cup O'Dirt LLC ("Defendant COD") by and though their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiffs to file an opposition brief to Defendant Cadwell's Motion to Stay Discovery (the "Motion") (ECF 31) as well Defendant Cadwell's deadline to file a reply brief to the Plaintiffs' opposition, as  follows:

WHEREAS, on June 30, 2020, Defendant Cadwell filed the Motion (ECF 31);

WHEREAS, on June 30, 2020, Defendant COD filed a joinder to the Motion (ECF 32);

WHEREAS, the deadline for the Plaintiffs to file an opposition brief to the Motion is currently set for July 14, 2020;

WHEREAS, the deadline for Defendant Cadwell to file a reply to the Plaintiffs' opposition is currently set for July 21;

WHEREAS, the undersigned parties desire to extend the deadline for: (i) the Plaintiffs to file an opposition to the Motion; and (ii) Defendant Cadwell's concomitant deadline to file a reply to the Plaintiffs' opposition, by a period of one week, respectively, as counsel for the Plaintiffs require additional time due to deadlines in other cases and time for the clients to review and approve the reply;

WHEREAS, this is the parties' first request for extension of these deadlines and the request is not made in bad faith or to delay these proceedings unnecessarily.

NOW, THEREFORE, the parties hereby stipulate and agree to the following and seek Court approval of the same:

IT IS HEREBY STIPULATED AND AGREED that the Plaintiffs shall file their oppositions to the Motion on or before July 21, 2020;

IT IS HEREBY STIPULATED AND AGREED that Defendant Cadwell shall file its reply to the Plaintiffs' opposition to the Motion on or before July 28, 2020.

Dated this 14th day of July, 2020.

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Connor H. Shea, Esq.
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
cshea@bhfs.com

*Attorneys for Charles C. Brennan and Mary Brennan*

Dated this 14th day of July, 2020.

/s/ Sheri M. Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
EmailBrenna: Sheri.Thome@wilsonelser.com

*Attorneys for Defendant Cadwell Sanford Deibert & Garry LLP*

Dated this 14th day of July, 2020.

/s/ Mark J. Connot
Mark J. Connot, Esq.
Nevada Bar No. 10010
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com

*Attorneys for Defendant Cup O'Dirt LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-14-2020

3